UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-CV-23434-RNS

HOWARD COHAN,

    Plaintiff,

v.

RESORTS WORLD OMNI, LLC
a foreign Limited Liability Company
d/b/a HILTON MIAMI DOWNTOWN,

    Defendant.
_____/

## **DEFENDANT'S MOTION FOR A REMOTE MEDIATION CONFERENCE**

Defendant, RESORTS WORLD OMNI, LLC d/b/a HILTON MIAMI DOWNTOWN, ("Defendant"), by and through undersigned counsel, hereby serves its Motion for a Remote Mediation Conference and states as follows:

1. The parties have agreed to schedule the mediation conference in this case with Kevin "Bo" Dennis of Upchurch Watson White & Max on March 29, 2023.

2. The corporate representative Bo Heng lives in New York, and thus will have to expend additional resources to attend the mediation in person.

3. Ms. Heng has experience with mediations, and remote attendance will not hinder the mediation process. Further, Ms. Heng will be available for the entirety of the mediation conference telephonic ally and/or via zoom and will participate fully.

4. Mediator, Kevin "Bo" Dennis is located in Broward County, Florida; and thus will have to expend additional resources to travel to Miami-Dade County.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
100 SOUTHEAST SECOND STREET • SUITE 2100 • MIAMI, FLORIDA 33131
Telephone (305) 374-4400 • Facsimile (305) 579-0261

280245333v.1

CASE NO.: 1:22-CV-23434-RNS

5. Conducting a fully remote mediation conference will be the most cost effective and efficient way to mediate this matter.

6. Plaintiff's Counsel has no objection to this request.

7. The undersigned counsel has also conferred with mediator, Kevin "Bo" Dennis, who does not object or oppose that the mediation conference be held remotely.

WHEREFORE, Defendant, RESORTS WORLD OMNI, LLC, requests that this Honorable Court enter an Order granting this motion and permitting the parties to engage in a fully remote mediation conference.

### CERTIFICATE OF SERVICE

I hereby certify that the on the 21st day of February, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court Southern District of Florida by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
*Counsel for Defendant*
100 SE Second Street, Suite 2100
Miami, Florida 33131
Telephone: 305-374-4400
Facsimile: 305-579-0261

By: */s/ Maria Papasakelariou*
Maria Papasakelariou
Florida Bar No.: 123899
Maria.Papasakelariou @wilsonelser.com
TANYA I. SUAREZ
Florida Bar No. 68259
tanya.suarez@wilsonelser.com

CASE NO.: 1:22-CV-23434-RNS

## SERVICE LIST

*<u>Counsel for Plaintiff</u>*
Gregory S. Sconzo, Esq.
Samantha L. Simpson, Esq.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, Florida 33410

3
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
100 SOUTHEAST SECOND STREET • SUITE 2100 • MIAMI, FLORIDA 33131
TELEPHONE (305) 374-4400 • FACSIMILE (305) 579-0261

280245333v.1