UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-CV-23434-RNS

HOWARD COHAN,

    Plaintiff,

vs.

RESORTS WORLD OMNI LLC,
a Foreign Limited Liability Company
d/b/a HILTON MIAMI DOWNTOWN,

    Defendant(s).
_____/

**NOTICE OF SETTLEMENT**

    The Plaintiff, HOWARD COHAN and the Defendant, RESORTS WORLD OMNI LLC, a Foreign Limited Liability Company, d/b/a HILTON MIAMI DOWNTOWN, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED April 12, 2023.

| By: **/s/ Gregory S. Sconzo** | By: **/s/ Maria Papasakelariou** |
|---|---|
| Gregory S. Sconzo, Esq. | Tanya I. Suarez |
| Florida Bar No.: 0105553 | Florida Bar No. 68259 |
| Samantha L. Simpson, Esq. | Email: tanya.suarez@wilsonelser.com |
| Florida Bar No.: 1010423 | Maria Papasakelariou |
| Sconzo Law Office, P.A. | Florida Bar No.: 123899 |
| 3825 PGA Boulevard, Suite 207 | Wilson, Elser, Moskowitz, Edelman & Dicker LLP |
| Palm Beach Gardens, FL 33410 | 100 Southeast Second Street |
| Telephone: (561) 729-0940 | Suite 3800 |
| Facsimile: (561) 491-9459 | Miami, FL, 33131 |
| Email: greg@sconzolawoffice.com | Telephone: 305.374.4400 |
| Email: samantha@sconzolawoffice.com | Facsimile: 305.579.0261 |
| Secondary Email: alexa@sconzolawoffice.com | Attorney for Defendant |
| Attorneys for Plaintiff | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by on this 12th day of April 2023 on all counsel or parties of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**By: /s/ Gregory S. Sconzo**
GREGORY S. SCONZO, ESQUIRE
Florida Bar No.: 0105553
SAMANTHA L. SIMPSON, ESQUIRE
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
**Primary Email:** greg@sconzolawoffice.com
**Primary Email:** samantha@sconzolawoffice.com
**Secondary Email:** alexa@sconzolawoffice.com