United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Howard Cohan, Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 22-23434-Civ-Scola |
| Resorts World Omni LLC, dba ) | |
| Hilton Miami Downtown, ) | |
| Defendant. ) | |

### **Order of Dismissal**

The parties have dismissed this suit with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. of Dismissal, ECF No. 28.) The Court reserves jurisdiction to enforce the parties' settlement agreement. The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on May 16, 2023.

_____
Robert N. Scola, Jr.
United States District Judge